UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: DYNEGY INC.,

               Debtor.

12 Civ. 8908 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to provide the Court with copies of the record on appeal.

SO ORDERED.

Dated:    New York, New York
          April 22, 2013

                                      John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/23/13